**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Wiley Y. Daniel**

Civil Action No. 15-cv-01307-WYD-MJW

BRANDON KILLINGS,

    Plaintiff,

v.

PARTNERS FINANCIAL SERVICES, INC., a Missouri corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulation of Dismissal With Prejudice (ECF No. 15). After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice, each party to bear its own fees and costs. Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 15) is **APPROVED**. This matter is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

Dated: September 8, 2015

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel,
                              Senior United States District Judge